# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tameka Parker,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Zoox, Inc.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-01898-RFB-NJK<br><br>**ORDER**<br><br>[Docket Nos. 6, 6-1, 7] |

On October 8, 2025, the Court ordered Plaintiff to refile her complaint with her signature as required by Rule 11(a) of the Federal Rules of Civil Procedure. Docket No. 4 at 3. Plaintiff has now filed what appear to be three motions to extend that deadline. Docket Nos. 6, 6-1, 7.[1] One of those requests also attaches a complaint that is not signed. *See* Docket No. 7 at 7 ("Signature of Plaintiff" left blank). The motions to extend are **GRANTED**. Plaintiff must refile her complaint <u>with her signature</u> by November 22, 2025.

IT IS SO ORDERED.

Dated: November 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). Plaintiff is advised, however, that forms from the Nevada Supreme Court are not necessarily helpful in litigating this case in the federal trial court. Continuing to file forms from the Nevada Supreme Court may create confusion as to what it is Plaintiff is seeking.

1