# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tameka Parker,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>Zoox, Inc.,<br><br>　　　Defendant(s). | Case No. 2:25-cv-01898-RFB-NJK<br><br>**ORDER** |

Pursuant to 28 U.S.C. § 1915(e), the Court screened Plaintiff's complaint and found that she had stated a claim for relief. Docket No. 4. As the complaint was not signed as required by Rule 11 of the Federal Rules of Civil Procedure, however, the Court ordered Plaintiff to file a signed complaint. *See* Docket No. 4 at 3. Plaintiff has now filed a signed complaint. Docket No. 9. Accordingly, the Court **ORDERS** as follows:

1. The Clerk of the Court shall issue summons to Defendant, and deliver the same to the U.S. Marshal for service. The Clerk of the Court shall also deliver a copy of the signed complaint (Docket No. 9) to the U.S. Marshal for service.

2. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285.[1] Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

---

[1] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.

1

3. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

IT IS SO ORDERED.

Dated: December 2, 2025

_____
Nancy J. Koppe
United States Magistrate Judge