# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TAMEKA L. PARKER,

    Plaintiff,

v.

ZOOX, INC.,

    Defendant.

Case No. 2:25-cv-01898-RFB-NJK

**ORDER**

[Docket No. 32]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 32. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion, Docket No. 32, is **GRANTED** subject to the following:

- No later than April 1, 2026, Plaintiff must file a certification that she is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: March 25, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1