**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tameka L. Parker, | Case No. 2:25-cv-01898-RFB-NJK |
|     Plaintiff(s), | **Order** |
| v. | [Docket No. 38] |
| Zoox, Inc., et al., | |
|     Defendant(s). | |

Pending before the Court is Plaintiff's request for service by the Marshal on newly-added Defendant HireArt. Docket No. 38. "An ex parte motion or application must articulate the rule that permits ex parte filing and explain why it is filed on an ex parte basis." Local Rule IA 7-2(b). Compelling reasons must be shown to seek relief without notice to the other parties. *See, e.g.*, *Maxson v. Mosaic Sales Sols. U.S. Operating Co.*, 2015 WL 4661981, at *1 (D. Nev. July 29, 2015). The instant request does not explain why relief is properly sought on an *ex parte* basis. Accordingly, the Clerk's Office is **INSTRUCTED** to remove the *ex parte* restrictions from this document and to make it available to the parties and the public.

IT IS SO ORDERED.

Dated: March 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1