# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tameka Parker,

    Plaintiff(s),

v.

Zoox, Inc., et al.,

    Defendant(s).

Case No. 2:25-cv-01898-RFB-NJK

**Order**

[Docket Nos. 41, 42]

Pending before the Court are Defendants' motions to stay or extend the deadline to respond to the first amended complaint. Docket Nos. 41, 42. Plaintiff filed a notice of non-opposition. Docket No. 43. Given the pendency of the motion for leave to file a second amended complaint, Docket No. 39, the Court **VACATES** the deadline to respond to the first amended complaint. Accordingly, the Court **GRANTS** the motion to stay and **DENIES** as moot the motion to extend.

IT IS SO ORDERED.

Dated: April 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1