**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tameka Parker, | Case No. 2:25-cv-01898-RFB-NJK |
|     Plaintiff(s), | **Order** |
| v. | [Docket No. 46] |
| Zoox, Inc., et al., | |
|     Defendant(s). | |

Pending before the Court is Defendant Zoox's motion to extend the briefing deadline to respond to Plaintiff's motion for leave to file a second amended complaint. Docket No. 46. Under the more liberal case law applicable to Rule 6 of the Federal Rules of Civil Procedure, *see Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1177 n.3 (D. Nev. 2022), the motion is **GRANTED**. Zoox must file its response to the motion for leave to file a second amended complaint by April 17, 2026.

IT IS SO ORDERED.

Dated: April 15, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1