**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tameka Parker, | Case No. 2:25-cv-01898-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 38] |
| Zoox, Inc., et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for service of process by the United States Marshals Service on Defendant HireArt. Docket No. 38.[1] Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the Court **GRANTS** this motion. The Court also **ORDERS** as follows:

1. The Clerk of the Court shall issue summons to Defendant HireArt, Inc., and deliver the same to the U.S. Marshal for service. The Clerk of the Court shall also deliver a copy of this order and the second amended complaint to the U.S. Marshal for service.

2. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285.[2] Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.

1

3. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

IT IS SO ORDERED.

Dated:  April 21, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

2