# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tameka Parker,

     Plaintiff(s),

v.

Zoox, Inc., et al.,

     Defendant(s).

Case No. 2:25-cv-01898-RFB-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by May 15, 2026.

IT IS SO ORDERED.

Dated: May 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge