# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Tameka Parker,

      Plaintiff(s),

v.

Zoox, Inc., et al.,

      Defendant(s).

Case No. 2:25-cv-01898-RFB-NJK

**ORDER**

[Docket Nos. 55, 57, 58]

Pending before the Court is Plaintiff's motion to stay discovery, Docket No. 55, which is unopposed. Also pending before the Court are Defendant Zoox's alternative motions to vacate or extend its deadline to respond to the second amended complaint. Docket Nos. 57, 58.

Although it has not yet been filed, Zoox represents that it will be filing a motion to compel arbitration and that it anticipates Defendant HireArt will do the same once it appears. *See, e.g.*, Docket No. 58 at 3. "Courts frequently stay discovery pending resolution of a motion to compel arbitration." *Arik v. Meyers*, 2020 WL 515843, at *1-2 (D. Nev. Jan. 31, 2020) (citing *Mahamedi IP Law, LLP v. Paradice & Li, LLP*, 2017 WL 2727874, at *1 (N.D. Cal. Feb. 14, 2017)). Given that both sides ask for a stay of discovery, the Court will provide that relief pending resolution of Zoox's motion to compel arbitration.

With respect to Zoox's request to delay indefinitely the filing of the motion to compel arbitration, however, the Court is not persuaded. Courts do not generally delay cases for indefinite periods so that late-added defendants can be served and file an appearance. *See, e.g.*, *Safeco Ins. Co. of Am. v. Air Vent, Inc.*, 2021 U.S. Dist. Lexis 91449, at *1-2 (D. Nev. May 13, 2021). Moreover, it is not clear that added efficiencies through the use of joinders would be lost by Zoox filing its motion now; once HireArt appears, it may file a joinder to Zoox's motion if it deems that to be appropriate. On the other hand, the Court finds good cause to extend Zoox's deadline to respond to the complaint by 14 days. *See* Docket No. 58 at 5.

1

Accordingly, the Court **GRANTS** the motion to stay discovery (Docket No. 55), **DENIES** the motion to vacate Zoox's deadline to respond to the second amended complaint (Docket No. 57), and **GRANTS** the motion to extend Zoox's deadline to respond to the second amended complaint (Docket No. 58). Zoox must respond to the second amended complaint by May 19, 2026.

IT IS SO ORDERED.

Dated: May 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2