**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Tameka Parker,

Plaintiff(s),

v.

Zoox, Inc., et al.,

Defendant(s).

Case No. 2:25-cv-01898-RFB-NJK

**ORDER**

[Docket Nos. 74, 83, 84]

Pending before the Court is Defendant Zoox's motion to stay discovery. Docket No. 74. Plaintiff filed a response. Docket No. 76. A reply has not been filed, but the Court does not require one.[1] Also pending before the Court is Defendants' proposed discovery plan in which Zoox and HireArt advocate for a stay of discovery. Docket No. 83 at 2. Also pending before the Court is Plaintiff's proposed discovery plan advocating for discovery to advance. Docket No. 84. The Court does not require a hearing. *See* Local Rule 78-1.

The Court previously ordered discovery stayed pending resolution of Zoox's then-forthcoming motion to compel arbitration. Docket No. 60 at 1. Although the procedural posture has changed somewhat since that time, Defendants have pending motions to compel arbitration. Docket Nos. 65, 73. "Courts frequently stay discovery pending resolution of a motion to compel arbitration." *Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020) (citing *Mahamedi IP Law, LLP v. Paradice & Li, LLP*, 2017 WL 2727874, at *1 (N.D. Cal. Feb. 14, 2017)). Considering the governing standards, *see id.*, a stay of discovery is warranted in this case pending resolution of the motions to compel arbitration filed by Defendants Zoox and HireArt.

[1] In violation of Local Rule IC 2-2(b), defense counsel docketed a single motion to extend time for replies in various underlying motions pending before the different judges on this case. Docket No. 75. In light of the ruling made herein, that motion to extend is now moot as it relates to a reply on the motion to stay discovery. The Court does not opine herein on the motion to extend as it relates to other underlying motion practice.

Accordingly, the Court **GRANTS** the motion to stay discovery (Docket No. 74) and **DENIES** as moot the discovery plans (Docket Nos. 83, 84). If the motions to compel arbitration are not granted, then a joint proposed discovery plan must be filed within 21 days of the issuance of that order.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge